IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BANK OF AMERICA, N.A., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 1:10-cv-51 |
| | ) |
| ARROW ELECTRONICS, Inc., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Joint Stipulation of Dismissal (Dkt. No. 22) filed by the parties pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), and for good cause shown, it is hereby

ORDERED that all claims asserted by Plaintiff Bank of America, N.A., against Defendant Arrow Electronics, Inc. are DISMISSED WITH PREJUDICE.

August 12, 2010
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge